WILLIAM H. CRANDALL, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Crandall* v. *Lehigh Valley R. R. Co.*, 72 Hun, 431, affirmed.
(Argued December 7, 1896; decided December 22, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered January 11, 1894, which denied a motion for a new trial made upon exceptions ordered to be heard in the first instance at General Term and ordered judgment in favor of defendant upon a decision of the court dismissing the complaint upon trial at Circuit.

*John D. Teller* for appellant.

*John M. Brainard* for respondent.

Judgment affirmed, with costs, on opinion below.

All concur, except HAIGHT, J., not sitting, and VANN, J., not voting.

---

CHARLES ROBINSON. SMITH et al., Respondents, *v.* ELIZABETH REICH, Appellant.

*Smith* v. *Reich*, 80 Hun, 287, affirmed.
(Argued December 7, 1896; decided December 22, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered October 13, 1894, which affirmed a judgment in favor of plaintiffs entered upon a verdict and also affirmed an order denying a motion for a new trial.

*H. II. Benjamin* for appellant.

*Charles Robinson Smith* and *Newell Martin* for respondents.

Judgment affirmed, with costs, on opinion of General Term.

All concur.